# Exhibit 1

# Mississippi Electronic Courts
# Thirteenth Circuit Court District (Simpson Circuit Court)
# CIVIL DOCKET FOR CASE #: 64CI1:23-cv-00472-P2

WEATHERSBY v. LEXISNEXIS RISK SOLUTIONS,INC. et al
Assigned to: Stanley Sorey

**Upcoming Settings:**

None Found

Date Filed: 12/07/2023
Current Days Pending: 33
Total Case Age: 33
Jury Demand: None
Nature of Suit: Other Torts (175)

**Plaintiff**

TONY WEATHERSBY                    represented by   **Daniel D. Ware**
                                                    Ware Law Firm, PLLC
                                                    103 3rd Street NW
                                                    MAGEE, MS 39111
                                                    601-439-7079
                                                    Fax: 601-439-7063
                                                    Email: dware@warelawfirm.com
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

LEXISNEXIS RISK SOLUTIONS,INC.

**Defendant**

NATIONWIDE MUTUAL INSURANCE COMPANY

**Defendant**

WEST LAKE SERVICES

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/07/2023 | 1 | Civil Cover Sheet. (Knupp, Jeri) (Entered: 12/07/2023) |
| 12/07/2023 | 2 | COMPLAINT against LEXISNEXIS RISK SOLUTIONS,INC., NATIONWIDE MUTUAL INSURANCE COMPANY, WEST LAKE SERVICES, filed by TONY WEATHERSBY. (Knupp, Jeri) (Entered: 12/07/2023) |
|  |  | SUMMONS Issued to LEXISNEXIS RISK SOLUTIONS,INC.. (Knupp, Jeri) (Entered: |

| | | |
|---|---|---|
| 12/07/2023 | [3](#) | 12/07/2023) |
| 12/07/2023 | [4](#) | SUMMONS Issued to NATIONWIDE MUTUAL INSURANCE COMPANY. (Knupp, Jeri) (Entered: 12/07/2023) |
| 12/07/2023 | [5](#) | RECEIPT: by TONY WEATHERSBY. (Knupp, Jeri) (Entered: 12/07/2023) |
| 12/13/2023 | [6](#) | SUMMONS Returned Executed by TONY WEATHERSBY. *Re:* ** [4](#) SUMMONS Issued to NATIONWIDE MUTUAL INSURANCE COMPANY. (Knupp, Jeri)** NATIONWIDE MUTUAL INSURANCE COMPANY served on 12/13/2023, answer due 1/12/2024. Service type: Personal (Ware, Daniel) (Entered: 12/13/2023) |
| 12/14/2023 | [7](#) | SUMMONS Returned Executed by TONY WEATHERSBY. *Re:* ** [3](#) SUMMONS Issued to LEXISNEXIS RISK SOLUTIONS,INC.. (Knupp, Jeri)** LEXISNEXIS RISK SOLUTIONS,INC. served on 12/14/2023, answer due 1/13/2024. Service type: Personal (Ware, Daniel) (Entered: 12/14/2023) |

| MEC Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/09/2024 19:50:44 | | | |
| You will be charged $0.20 per page to view or print documents. | | | |
| **MEC Login:** | et102713M | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 64CI1:23-cv-00472-P2 |
| **Billable Pages:** | 2 | **Cost:** | 0.40 |

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Rev 2009)

**Court Identification Docket #**
County #: 64
Judicial District: B
Court ID (CH, CI, CO): CI
Case Year: 2023
Docket Number: CV 472

Month / Date / Year — *This area to be completed by clerk*

Case Number if filed prior to 1/1/94: _____

FILED
DEC 07 2023
SIMPSON COUNTY
CIRCUIT COURT

In the **CIRCUIT** Court of **SIMPSON** County — Judicial District _____

**Origin of Suit** (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: Last Name **Weathersby**, First Name **Tony**, Maiden Name ___, M.I. ___, Jr/Sr/III/IV ___

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity: D/B/A or Agency _____

Business: _____

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below: D/B/A _____

Address of Plaintiff: **Simpson County, Mississippi**

Attorney (Name & Address): **Daniel D. Ware, 103 3rd Street NW, Magee, MS 39111**   MS Bar No. **10847**

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: *Daniel D. Ware*

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: Last Name ___, First Name ___, Maiden Name ___, M.I. ___, Jr/Sr/III/IV ___

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity: D/B/A or Agency _____

Business: **LexisNexis Risk Solutions Inc.**

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below: D/B/A _____

Attorney (Name & Address) - If Known: _____   MS Bar No. _____

**Damages Sought:** Compensatory $ _____   Punitive $ _____   ___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce: Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other _____ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other _____ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other _____ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other _____ | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other _____ | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other _____ | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other _____ | [ ] Other _____ | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other _____ | [X] Other **FCRA** |

Case: 64CI1:23-cv-00472-P2   Document #: 1   Filed: 12/07/2023   Page 2 of 2

IN THE ___CIRCUIT___ COURT OF ___SIMPSON___ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____   Docket No. If Filed
           File Yr      Chronological No.   Clerk's Local ID   Prior to 1/1/94 _____

**FILED**
DEC 07 2023
SIMPSON COUNTY
CIRCUIT COURT

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____  _____  ( _____ ) _____ _____
            Last Name         First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____

Business __Nationwide Mutual Insurance Company_____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓) ___ Not an Attorney(✓) ___

**Defendant #3:**

Individual: _____  _____  ( _____ ) _____ _____
            Last Name         First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____

Business __West Lake Services, LLC_____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓) ___ Not an Attorney(✓) ___

**Defendant #4:**

Individual: _____  _____  ( _____ ) _____ _____
            Last Name         First Name          Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓) ___ Not an Attorney(✓) ___

## IN THE CIRCUIT COURT OF SIMPSON COUNTY, MISSISSIPPI

**TONY WEATHERSBY**     **PLAINTIFF**

v.     CIVIL ACTION NO. 23 CV-472

**LEXISNEXIS RISK SOLUTIONS INC.,**
**NATIONWIDE MUTUAL INSURANCE COMPANY**     **DEFENDANTS**

FILED
DEC 07 2023
SIMPSON COUNTY
CIRCUIT COURT

### COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

COMES NOW, the Plaintiff, Tony Weathersby, by and through counsel, and files this Complaint against the Defendants, LexisNexis Risk Solutions Inc. ("LexisNexis"), and Nationwide Mutual Insurance Company ("Nationwide"), for violations including those of the Fair Credit Reporting Act (FCRA), 15 U.S.C. 1681 *et seq.*, and in support thereof Plaintiff would show the following, *to-wit*:

### PARTIES, JURISDICTION AND TRIAL BY JURY

1. Plaintiff respectfully asserts that jurisdiction is proper in this case based upon section 9-7-81 of the Mississippi Code. Venue in this court is proper in that the Plaintiff resides here, the conduct complained of occurred here, and the Defendants directly conduct business here.

2. That the Plaintiff, Tony Weathersby, is an adult resident citizen of Simpson County, Mississippi.

3. That the Defendant LexisNexis Risk Solutions Inc is a foreign corporation doing business in Mississippi and can be served with process by serving C.T. Corporations System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232

4. That the Defendant Nationwide Mutual Insurance Company is a foreign company doing business in Mississippi and can be served with process by serving US Corporation Company, 109 Executive Dr. Ste 3, Madison, MS 39110.

5. That the Plaintiff, Tony Weathersby, is entitled to and hereby requests a trial by jury.

## REQUEST FOR EXEMPLARY/PUNITIVE DAMAGES

6. That the Plaintiff, Tony Weathersby, respectfully requests that this Honorable Court instruct the jury, as the trier of facts, that in addition to actual or compensatory damages, exemplary or punitive damages may be awarded against the Defendants under federal and state laws.

## REQUEST FOR COSTS OF LITIGATION AND ATTORNEYS' FEES

7. That the Plaintiff, Tony Weathersby, respectfully requests that this Honorable Court instruct the jury, as the trier of facts, that in addition to an award of damages and the costs of litigation, Plaintiff also seeks an award of reasonable attorneys' fees incurred by him in the prosecution of this action against the Defendants.

## FACTUAL ALLEGATIONS

8. Plaintiff is living in Simpson County, Mississippi.

9. Plaintiff was rear-ended by an uninsured motorist in August of 2021.

10. Nationwide Insurance noted the Plaintiff as "at fault" for the motor vehicle accident to which was rear-ended.

11. Nationwide then approximately doubled the Plaintiff's insurance premium.

12. Plaintiff had to find another insurance carrier.

13. Plaintiff contacted Nationwide multiple times to have this error corrected, but Nationwide has failed to make the correction.

14. Plaintiff disputed with LexisNexis, however, the reporting error remains.

## CLAIM FOR RELIEF

15. Plaintiff repeats, re-alleges, and incorporates by reference to the foregoing paragraphs.

16. That the Defendants' actions evidence a breach of their responsibilities under the FCRA.

17. That Defendants LexisNexis and Nationwide, are negligent and/or grossly negligent in failing to correct the error in the Plaintiff's insurance documentation.

18. That Defendants LexisNexis and Nationwide are negligent in ensuring that was not Plaintiff that used caused the motor vehicle accident prior to reporting on his credit report inaccurate credit information.

19. That Defendants LexisNexis and Nationwide are grossly negligent for failing to correct the information when Plaintiff demanded them to do so.

20. That Plaintiff has suffered damages due to the actions, inactions and conduct of the Defendants.

21. That the Defendants have duties to each consumer as provided in the FCRA and other states' laws.

22. As a result of this conduct, action and/or inaction of the Defendants, Plaintiff suffered damages by loss of credit; loss of the ability to purchase and benefit

form credit; mental and emotional pain stemming from the anguish, humiliation, and embarrassment of credit denials.

23. Defendants LexisNexis, and Nationwide failed to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiff.

24. In addition, the Defendants are liable unto Plaintiff in a sum to be assessed by the trier of fact for punitive/exemplary damages under common law, states' laws and/or for willful violation(s) of the provisions of the FCRA.

25. That the Defendants has negligently, recklessly, willfully and/or intentionally violate the FCRA thereby causing damage to Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Tony Weathersby, prays that upon a hearing of this matter, this Honorable Court will enter a judgment against the Defendants for all reasonable damages sustained by him and for punitive damages, attorneys' fees, and court costs, and all other assessments proper by law and any an all other applicable federal and states laws, together with interest thereon from the date of judicial demand until paid, and, further, that this Honorable Court resolve Plaintiff's dispute in his favor. Plaintiff prays for other such relief, specific or general, as may be deemed proper by this Court in this matter.

Respectfully submitted,

Tony Weathersby

BY: *Daniel D. Ware*

Daniel D. Ware, *Attorney for the Plaintiff*

Daniel D. Ware, MSB #: 10,847
**Ware Law Firm, PLLC**
103 3rd Street NW
Magee, MS 39111
(601) 439-7079
(601) 439-7063, facsimile
dware@warelawfirm.com

## IN THE CIRCUIT COURT OF SIMPSON COUNTY, MISSISSIPPI

**TONY WEATHERSBY**                                              **PLAINTIFF**

**v.**                                         CIVIL ACTION NO. 23-472

**LEXISNEXIS RISK SOLUTIONS INC. and
NATIONWIDE MUTUAL INSURANCE COMPANY**            **DEFENDANTS**

### SUMMONS

### THE STATE OF MISSISSIPPI

**TO:**      **Nationwide Mutual Insurance Company**
**Agent:**    US Corporation Company, 109, Executive Drive, Ste 3, Madison, MS 39110

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE, ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS ___7___ DAY OF DECEMBER, 2023.

_Will Fortenberry_
CIRCUIT COURT CLERK OF SIMPSON COUNTY

By: _JKnupp_ D.C.



## IN THE CIRCUIT COURT OF SIMPSON COUNTY, MISSISSIPPI

**TONY WEATHERSBY**  **PLAINTIFF**

v.  CIVIL ACTION NO. 23-472

**LEXISNEXIS RISK SOLUTIONS INC. and
NATIONWIDE MUTUAL INSURANCE COMPANY**  **DEFENDANTS**

### SUMMONS

**THE STATE OF MISSISSIPPI**

**TO:** Nationwide Mutual Insurance Company
**Agent:** US Corporation Company, 109, Executive Drive, Ste 3, Madison, MS 39110

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE, ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS ___7___ DAY OF DECEMBER, 2023.

_Witt Fortenberry_
CIRCUIT COURT CLERK OF SIMPSON COUNTY

By: _JKnupp_ D.C.



## IN THE CIRCUIT COURT OF SIMPSON COUNTY, MISSISSIPPI

**TONY WEATHERSBY**                                                                              **PLAINTIFF**

**v.**                                                      CIVIL ACTION NO. 23-CV-472

**LEXISNEXIS RISK SOLUTIONS INC. and
NATIONWIDE MUTUAL INSURANCE COMPANY**                  **DEFENDANTS**

### SUMMONS

### THE STATE OF MISSISSIPPI

**TO:**      **LexisNexis Risk Solutions, Inc.**
**Agent:**  C.T. Corporations System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE, ATTORNEY FOR THE PLAINTIFFS, WHOSE MAILING ADDRESS IS 103 3rd Street NW, MAGEE, MS 39111.** YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS 7th DAY OF DECEMBER, 2023.

Witt Futenberry
CIRCUIT COURT CLERK OF SIMPSON COUNTY

By: _____ D.C.

## PROOF OF SERVICE – SUMMONS
### (PROCESS SERVER)

**Name of Person or Entity Served:** Lexis Nexis

I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

✓ **PERSONAL SERVICE:** I personally delivered copies to Ct Corporation on the 14th day of December, 2023, where I found said person(s) in Rankin County of the State of Mississippi.

____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the ____ day of _____, 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name: Kathrine Northway
Address: Ware Law Firm, PLLC
Telephone No.: 103 3rd Street NW
Fee for service: $ Magee, MS 39111

**STATE OF MISSISSIPPI**
**COUNTY OF** Simpson

Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named Kathrine Northway, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the 14th day December, 2023.

NOTARY PUBLIC

My Commission Expires: _____

KIMBERLY GIEGER
ID # 158600
Commission Expires
Oct. 22, 2027