# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| TONY WEATHERSBY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> NATIONWIDE MUTUAL INSURANCE § <br> COMPANY, *et al.*, § <br> § <br> Defendants. § | Case No. 3:24-cv-00015-CWR-FKB |

## LEXISNEXIS RISK SOLUTIONS INC.'S CONSENT TO NOTICE OF REMOVAL

On January 10, 2024, Defendant Nationwide Mutual Insurance Company ("NMIC") timely removed this action from the Simpson County Circuit Court, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. LexisNexis Risk Solutions Inc. consents to this removal.

Dated: January 16, 2024

                                        Respectfully submitted,

                               By: *J. Scott Newton*
                                   J. Scott Newton (MS Bar No. 8875)
                                   **BAKER DONELSON BEARMAN**
                                   **CALDWELL & BERKOWITZ PC**
                                   One Eastover Center
                                   100 Vision Drive, Suite 400
                                   Jackson, MS 39211
                                   T: 601-351-2400
                                   F: 601-351-2424
                                   snewton@bakerdonelson.com

                                   Attorney for Defendant
                                   LexisNexis Risk Solutions Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed via the CM/ECF system that will send notification to all counsel of record this 16th day January, 2024.

/s/ *J. Scott Newton*
J. Scott Newton

4883-7651-7278v1
2922229-000007 01/16/2024