# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| TONY WEATHERSBY, | § |
| Plaintiff, | § |
| v. | § Case No. 3:24-cv-00015-CWR-FKB |
| NATIONWIDE MUTUAL INSURANCE COMPANY, *et al.*, | § |
| Defendants. | § |

## DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7(c), Defendant LexisNexis Risk Solutions Inc. hereby submits this Corporate Disclosure Statement:

Defendant LexisNexis Risk Solutions Inc. states that it is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LexisNexis Risk Solutions Inc. is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

Dated: January 16, 2024

        Respectfully submitted,

        By: *J. Scott Newton*
            J. Scott Newton (MS Bar No. 8875)
            **BAKER DONELSON BEARMAN**
            **CALDWELL & BERKOWITZ PC**
            One Eastover Center
            100 Vision Drive, Suite 400
            Jackson, MS 39211
            T: 601-351-2400
            F: 601-351-2424
            snewton@bakerdonelson.com

            Attorney for Defendant
            LexisNexis Risk Solution Inc.

4858-5757-6094v1
2922229-000007 01/16/2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed via the CM/ECF system that will send notification to all counsel of record this 16th day January, 2024.

*J. Scott Newton*
J. Scott Newton

4858-5757-6094v1
2922229-000007 01/16/2024