**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| TONY WEATHERSBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 3:24-CV-00015-CWR-FKB |
| v. | § | |
| | § | |
| NATIONWIDE MUTUAL INSURANCE | § | |
| COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Nationwide Mutual Insurance Company ("NMIC") and LexisNexis Risk Solutions Inc. ("LNR"; altogether "Defendants") respectfully move to extend the time to respond to the Complaint filed by Tony Weathersby ("Plaintiff") by thirty (30) days—from January 17, 2024, through and including February 16, 2024. Plaintiff does not oppose this motion.

Defendants are currently due to respond to Plaintiff's Complaint on January 17, 2024. *See* Fed. R. Civ. P. 81(c)(2)(C). Both NMIC and LNR require additional time to investigate and fully respond to Plaintiff's allegations. No party will be prejudiced by this request. This is Defendants' first request for an extension of time to answer or otherwise respond to the Complaint. Defendants' counsel conferred with Plaintiff on January 10 regarding the extension and Plaintiff consents to the requested extension.

Accordingly, Defendants respectfully request a thirty-day extension of time for Defendants to respond to Plaintiff's Complaint through and including February 16, 2024.

Dated: January 17, 2024

Respectfully submitted,

**NATIONWIDE MUTUAL INSURANCE COMPANY**,

By: /s/   *E. Carlos Tanner, III via authorization*
E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
TANNER & ASSOCIATES, LLC
*Local Counsel*
Post Office Box 3709
Jackson, Mississippi 39207
Telephone: (601) 460-1745
Facsimile: (662) 796-33509
Email: Carlos.Tanner@thetannerlawfirm.com

Albert G. Lin (*Admitted Pro Hac Vice*)
Ohio Bar No. 0076888
Paul M. M. Willison (*Admitted Pro Hac Vice*)
Ohio Bar No. 0101355
**BAKER & HOSTETLER LLP**
200 Civic Center Dr, Suite 1200
Columbus, Ohio 43215-4138
Telephone:  (614) 462-4732
Facsimile:  (614) 462-2616
Email: alin@bakerlaw.com
Email: pwillison@bakerlaw.com

Amy L. Lenz (*Admitted Pro Hac Vice*)
Illinois Bar No. 6332968
**BAKER & HOSTETLER LLP**
1 N. Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone:  (312) 416-6200
Facsimile:  (312) 416-6201
Email:  alenz@bakerlaw.com

*Counsel for Defendant*
*Nationwide Mutual Insurance Company*

**LEXISNEXIS RISK SOLUTIONS INC.**

By: /s/ Scott Newton (*per Jan 17 email authorization*)
J. Scott Newton (MS Bar No. 8875)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS 39211
Telephone: 601.351.8914
Facsimile: 601.974.8914
snewton@bakerdonelson.com

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by email and filed via the CM/ECF system that will send notification to all counsel of record this 17th day January, 2024:

Daniel D. Ware, (MS Bar No. 10847)
**Ware Law Firm, PLLC**
103 3rd Street NW
Magee, MS 39111
Telephone: (601) 439-7079
Facsimile: (601) 439-7063
dware@warelawfirm.com
*Attorney for Plaintiff*
*Tony Weathersby*

By: /s/ *E. Carlos Tanner, III via authorization*
E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
TANNER & ASSOCIATES, LLC
*Local Counsel*
Post Office Box 3709
Jackson, Mississippi 39207
Telephone: (601) 460-1745
Facsimile: (662) 796-33509
Email: Carlos.Tanner@thetannerlawfirm.com

4885-6020-7770.4